JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CINNAMON RONESHA BROWN,<br><br>Plaintiff,<br><br>v.<br><br>FRANK BISIGNANO<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 2:26-cv-05583-FWS-DTB<br><br>JUDGMENT |

Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, **THE COURT ADJUDGES AND DECREES** that judgment is entered for Plaintiff.

**IT IS SO ORDERED**.

Dated: November 25, 2026

Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE